■ LILLIAN T. LOGAN, Appellant, v. OHRBACH'S, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Concur — Breitel, J. P., Rabin, Valente and Bastow, JJ.

■ CHARLES F. MORAN, Respondent, v. JAMES F. TWOHY et al., as Executors of JOSEPH A. MORAN, Deceased, Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Frank, Valente and Bastow, JJ.

■ CHARLES E. STUART-LINTON, Appellant, v. FRYDA S. CORWIN, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Cox, Valente and Bastow, JJ.

■ JACOB M. GODDARD, Appellant, v. MILTON GLADSTONE, Respondent, et al., Defendants.— Order unanimously modified so as to grant leave to replead and, as so modified, affirmed. Accordingly, the judgment appealed from is vacated. There is sufficient in the record to indicate that the plaintiff should have the right to replead. Settle order on notice. Concur — Breitel, J. P., Rabin, Cox, Valente and Bastow, JJ.

■ PEARL CHARLOP, on Behalf of Herself and All Other Stockholders Similarly Situated in SOKOLFAM CORPORATION and Other Corporations, Respondent, v. PAUL S. KAHN et al., Appellants, et al., Defendants.— Order unanimously reversed and the motion to dismiss granted, with leave to replead within 60 days. The complaint fails to set forth facts sufficient to support an action for an accounting or in conversion. Settle order on notice. Concur — Breitel, J. P., Rabin, Cox, Valente and Bastow, JJ.

■ RITA NAIMAN, Respondent, v. NIAGARA FIRE INSURANCE COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Concur — Rabin, Cox and Bastow, JJ.; Breitel, J. P., concurs in the following memorandum: I agree that the judgment should be affirmed. The only question which is troubling, is the refusal of insured to answer certain questions on the examination conducted under the policy (*Happy Hank Auction Co.* v. *American Eagle Fire Ins. Co.*, 286 App. Div. 505, 510; *Hallas* v. *North Riv. Ins. Co. of N. Y.*, 279 App. Div. 15, affd. 304 N. Y. 671). However, since the examination was not subject to judicial supervision, in the circumstances of this case the company may not rely merely on the refusal to answer without bringing home to the insured and her counsel, upon whose advice insured was acting, that it would regard such refusal as a breach of the condition of the policy.

■ HARRY STEINFELD, Respondent, v. SIDNEY ULICK, Appellant.— Orders unanimously modified so as to reserve to defendant the right to bring an independent action which may include all of the matters asserted by way of counterclaim if he be so advised. Otherwise the orders and judgment are affirmed. Settle order on notice. Concur — Peck, P. J., Breitel, Botein, Frank and Bergan, JJ. [See *post*, p. 1008.]

■ GRACE R. PHILLIPS, Appellant, v. GEORGE M. PHILLIPS, Respondent.— Order unanimously affirmed. No opinion. Concur — Botein, J. P., Rabin, Cox and Frank, JJ.

■ MARIANNA WOLLSTEINER et al., Respondents, v. OHRBACH'S, INC., Appellant.— Determination unanimously reversed, with costs to the appellant in this court and in the Appellate Term, the judgment of the Municipal Court vacated and the complaint dismissed, with costs. There was not a sufficient showing of the extent of the alleged dangerous condition to warrant a conclusion without further evidence that defendant had constructive notice of the alleged condition. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.